AMY EDWARDS, OSB No. 012492
amy.edwards@stoel.com
BRANDY A. SARGENT, OSB No. 045713
brandy.sargent@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Plaintiff
COOPERATIVE REGIONS OF ORGANIC
PRODUCER POOLS, a Wisconsin Cooperative

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS, a Wisconsin Cooperative,<br><br>             Plaintiff,<br><br>      v.<br><br>NOBLE DAIRY, an Oregon business entity of unknown form; JERRY NOBLE, individually, as trustee for the Jerry Noble Trust and/or Sandra Noble Trust, and doing business as Noble Dairy; SANDRA NOBLE, individually, as trustee for the Jerry Noble Trust and/or Sandra Noble Trust, and doing business as Noble Dairy; ORGANIC WEST MILK, INC., a California Corporation; GAGE STUEVE; LEONARD C. VANDENBURG; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 1:15-cv-00187<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cooperative Regions of Organic Producer Pools, a Wisconsin Stock Cooperative ("CROPP Cooperative") and the undersigned counsel, certifies that CROPP Cooperative has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: February 4, 2015

STOEL RIVES LLP

By: */s/ Amy Edwards*
AMY EDWARDS
OSB No. 012492
BRANDY A. SARGENT
OSB No. 045713
Telephone: (503) 224-3380

Attorneys for Plaintiff
COOPERATIVE REGIONS OF
ORGANIC PRODUCER POOLS, a
Wisconsin Cooperative

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS** on the following named person(s) on the date indicated below by email and attempted hand delivery via process server to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Noble Dairy
260 Kubli Road
Grants Pass, OR 97527
nobledairy@aol.com

Jerry Noble
260 Kubli Road
Grants Pass, OR 97527
nobledairy@aol.com

Sandra Noble
260 Kubli Road
Grants Pass, OR 97527
nobledairy@aol.com

Organic West Milk, Inc.
c/o Leonard Vandenburg
Agent for Service of Process
19489 East River Road
Ripon, CA 95366
leonard@pacificgoldmilkproducers.com

Gage Stueve
869 River Bluff Drive
Oakdale, CA 95361
gagestueve@fire2wire.com

Leonard Vandenburg
19489 East River Road
Ripon, CA 95366
leonard@pacificgoldmilkproducers.com

DATED: February 4, 2015.

STOEL RIVES LLP

*s/Amy Edwards*
AMY EDWARDS, OSB No. 012492
BRANDY A. SARGENT, OSB No. 045713
Telephone: (503) 224-3380

Attorneys for Plaintiff

Page 1   -   CERTIFICATE OF SERVICE

78159820.1 0039160-00015