IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS, a Wisconsin Cooperative,<br><br>    Plaintiff,<br><br>  v.<br><br>NOBLE DAIRY, an Oregon business entity of unknown form; JERRY NOBLE, individually, as trustee for the Jerry Noble Trust, and doing business as Noble Dairy; SANDRA NOBLE, individually, as trustee for the Jerry Noble Trust, and doing business as Noble Dairy; ORGANIC WEST MILK, INC., a California Corporation; GAGE STUEVE; LEONARD C. VANDENBURG; DOES 1-50, inclusive,<br><br>    Defendants. | 1:15-cv-00187-PA<br><br>**ORDER** |

1 - ORDER

**PANNER, District Judge:**

This matter comes before the Court on Plaintiff Cooperative Regions of Organic Producer Pools' Motion for a Temporary Restraining Order (TRO) (#6).

Having reviewed and considered Plaintiff's motion for TRO and supporting documents, I rule that a temporary restraining order is necessary to prevent the irreparable injury alleged in the Complaint and shown in the declarations supporting Plaintiff's motion. Accordingly, Plaintiff's Motion for a Temporary Restraining Order (#6) is GRANTED.

From the date and time of this Order, Defendants Noble Dairy, an Oregon business entity of unknown form; Jerry Noble, individually, as trustee for the Jerry Noble Trust and/or Sandra Noble Trust, and doing business as Noble Dairy; and Sandra Noble, individually, as trustee for the Jerry Noble Trust and/or Sandra Noble Trust, and doing business as Noble Dairy (collectively, "Noble Dairy Defendants") are hereby enjoined from selling organic milk to any third parties. The Noble Dairy Defendants are hereby required to deliver all the organic milk they produce to Plaintiff, pursuant to the terms of the August 14, 2014, marketing agreement between the parties. Plaintiff shall pay the Noble Dairy Defendants for the organic milk as provided by the August 14, 2014, marketing agreement. Plaintiff shall give security in the amount of $50,000.

On February 10, 2015, at 9:00 a.m., the parties are directed to appear at a preliminary injunction hearing to determine whether this injunction should continue for one hundred and eighty (180)

2 - ORDER

days from the date of this Order.  The parties may appear by telephone at the preliminary injunction hearing.

IT IS SO ORDERED.

DATED this  5  day of February, 2015 at 9:30 a.m.

*(signature)*

OWEN M. PANNER
U.S. DISTRICT JUDGE

3 - ORDER